

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| GO2NET, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3:02-CV-1027-H |
| | § | |
| C I HOST, INC., a Texas Corporation, | § | |
| CHRISTOPHER FAULKNER, Individually, | § | |
| and CAROLE A. FAULKNER, Individually, | § | |
| | § | |
| Defendants. | § | |

## AGREED MOTION TO DISMISS WITH PREJUDICE

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COME Go2Net, Inc., Plaintiff, and C I Host, Inc., a Texas Corporation, Christopher Faulkner, Individually, and Carole A. Faulkner, Individually, Defendants, and file this their Agreed Motion to Dismiss With Prejudice, asking that the above-referenced cause be dismissed with prejudice to the refiling of same, and in support thereof would respectfully show the Court as follows:

### I.

All matters previously in controversy as set forth in the pleadings on file in this cause as between Go2Net, Inc., Plaintiff, and C I Host, Inc., a Texas Corporation, Christopher Faulkner, Individually, and Carole A. Faulkner, Individually, Defendants have now been resolved and therefore, there remain no issues requiring further proceedings before this Court.

WHEREFORE, PREMISES CONSIDERED, Plaintiff and Defendants pray that this Motion be granted in its entirety, and the above-referenced cause be dismissed with prejudice to the refiling of same by either party against each other, and that each party bear its own taxable costs of court.

Respectfully submitted,

BROWN McCarroll, L.L.P.

*(signature)*

Peter J. Harry
State Bar No. 09134600
Kelly Franklin Bagnall
State Bar No. 07375800
Todd S. Spickard
State Bar No. 90001645

2000 Trammell Crow Center
2001 Ross Avenue
Dallas, Texas 75201
(214) 999-6100
(214) 999-6170 (fax)

ATTORNEYS FOR PLAINTIFF

*(signature)*

Hollis D. Godfrey
State Bar No. 08054500
CI Host Legal Department
1901 Central Drive, Suite 730
Bedford, Texas 76021

ATTORNEY FOR DEFENDANTS